# United States Court of Appeals
## For the First Circuit

No. 08-1028

UNITED STATES OF AMERICA,

Appellee,

v.

JOSÉ DEL CARMEN CARDALES-LUNA,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on January 20, 2011, is amended as follows:

On the cover sheet replace "Germán A. Rieckehoff, Assistant United States Attorney, with whom Rosa Emilia Rodríguez-Vélez, United States Attorney, and Nelson Pérez-Sosa, Assistant United States Attorney, were on brief, for appellee." with " Nelson Pérez-Sosa, Assistant United States Attorney, with whom Rosa Emilia Rodríguez-Vélez, United States Attorney, and Germán A. Rieckehoff, Assistant United States Attorney, were on brief, for appellee."